UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO A. RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BURNO STOLC, Warden,<br><br>　　　　　Respondent. | No.  2:12-cv-2671-KJM-KJN P<br><br><br><br>ORDER |

Petitioner is a California state prisoner, incarcerated in Arizona, who proceeds without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 31, 2012, this court granted petitioner's motion to stay this action pending his exhaustion of state court remedies on additional claims.  Petitioner now seeks an order lifting the stay, and has submitted a proposed Second Amended Petition that includes both his previously, and newly, exhausted claims.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's motion (Dkt. No. 9) to lift the stay in this action, and his motion (Dkt. No. 10) for leave to file his proposed Second Amended Petition for Writ of Habeas Corpus, are both granted.

2. The stay of this action is lifted, and the Clerk of Court is directed to reopen this case.

3. The Clerk of Court is directed to separately file the Second Amended Petition for Writ

1

of Habeas Corpus (currently set forth as Attachment 1 to ECF No. 10).

   4. Respondent is directed to file a response to petitioner's Second Amended Petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

   5. If the response to the Second Amended Petition is an answer, petitioner's reply, if any, shall be filed and served within twenty-eight days after service of the answer.

   6. If the response to the Second Amended Petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within twenty-eight days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

   7. The Clerk of the Court shall serve a copy of this order, the consent/ reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and a copy of the Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

   SO ORDERED.

Dated:  October 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rami2671.lift.stay